## VERIFICATION OF COMPLAINT

I, the undersigned, having read the allegations of the foregoing Verified Complaint, hereby certify based upon my personal knowledge and under penalty of perjury that the factual allegations asserted in the Verified Complaint are true and correct, and that matters asserted upon information and belief are believed to be true and correct.

Executed this 21st day of September, 2014

_____
Phuong D. Ngo