UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
PHUONG NGO and                          )
COMMONWEALTH SECOND                     )
AMENDMENT, INC,                         )
                                        )
                    Plaintiffs,         )
                                        )
        v.                              )
                                        )
 WILLIAM B. EVANS, in his Official      )
Capacity as the Commissioner of the     )
Boston Police Department                )
_____)
```

## PLAINTIFF'SMOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Plaintiffs hereby move for a temporary restraining order and a preliminary injunction enjoining the Defendant from refusing to accept a valid United States Passport as proof of citizenship in connection with an application for a License to Carry Firearms.

The grounds for this motion are set forth in the MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND AFTER HEARING A PRELIMINARY INJUNCTION, which are incorporated herein by reference. Plaintiff further relies upon its Verified Complaint being filed concurrently with its motion papers in the captioned proceeding.

WHEREFORE Plaintiffs respectfully requests that the Court temporarily suspend the Defendant's practice of refusing to accept a valid United States Passport as proof of citizenship in connection with an application for a License to Carry Firearms.

A proposed Order accompanies this Motion.

September 22, 2014

        Respectfully submitted,

        Phuong Ngo,
        Commonwealth Second Amendment, Inc,

        By their attorneys,

        <u>/s/ J. Steven Foley</u>
        J. Steven Foley
        BBO # 685741
        Law Office of J. Steven Foley
        100 Pleasant Street #100
        Worcester, MA 01609
        Tel: 508-754-1041
        Fax: 508-739-4051
        JSteven@attorneyfoley.com

        <u>/s/ Margarita G. Smirnova</u>

        Margarita G. Smirnova
        BBO 680429
        Attorney at Law
        40 Greenbrook Drive
        Stoughton MA 02072
        Tel: 617-875-8663
        margarita.smirnova@gmail.com
        Application for Admission *Pro Hac Vice*
        Pending