# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| PHUONG NGO and <br> COMMONWEALTH SECOND <br> AMENDMENT, INC, <br> <br> Plaintiffs, <br> <br> v. <br> <br> WILLIAM B. EVANS, in his Official <br> Capacity as the Commissioner of the <br> Boston Police Department | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PROPOSED TEMPORARY RESTRAINING ORDER

Upon consideration of the Verified Complaint and Motion for Temporary Restraining Order presented by Plaintiffs Phuong and Commonwealth second Amendment, Inc., the grounds presented in support thereof, the arguments of counsel, and the entire record herein, and it appearing to the Court that Plaintiff has established by its Verified Complaint and accompanying papers that immediate and irreparable injury, loss or damage will result to Plaintiff before a full evidentiary hearing can be held, namely, evidence presented by Plaintiff showing that:

(i) Plaintiff is likely to succeed in its claims on the merits,
(ii) Plaintiff is likely to suffer imminent and irreparable harm absent injunctive relief,
(iii) the balance of equities in this case favors Plaintiff, which will suffer irreparable harm absent relief, as compared to Defendants, who will suffer next to no burden; and
(iv) an injunction is in the public interest,

It is hereby ORDERED as follows:

1. Plaintiff's Motion for Temporary Restraining Order is GRANTED

2. The defendant and all others in active concert or participation with him are hereby enjoined from refusing to accept a valid United States Passport as evidence of United States Citizenship in conjunction with an application for a License to Carry Firearms or a Firearms Identification Card.

3. This Temporary Restraining Order shall become effective immediately upon entry by this Court. It shall expire in ___ days, unless it is extended for good cause shown or by further order of this Court.

4. Plaintiff is not required to post a bond or other security, because defendants do not stand to suffer any adverse monetary consequences flowing from the Court's Temporary Restraining Order

5. A preliminary injunction hearing is set for the __ day of _____.

DONE and ORDERED this ___ day of _____, 2014.