UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
PHUONG NGO and                              )
COMMONWEALTH SECOND            )
AMENDMENT, INC,                             )
                                                              )
                Plaintiffs,          )
                                                              )
     v.                                             )
                                                              )
WILLIAM B. EVANS, in his Official     )
Capacity as the Commissioner of the  )
Boston Police Department                    )
_____)

# RULE 7.1 CORPORATE DISCLOSURE OF PLAINTIFF COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiff COMMONWEALTH SECOND AMENDMENT, INC., by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

September 22, 2014

                                              Respectfully submitted,

                                              Commonwealth Second Amendment, Inc,

                                              By its attorneys,

                                              /s/ J. Steven Foley
                                              J. Steven Foley
                                              BBO # 685741
                                              Law Office of J. Steven Foley
                                              100 Pleasant Street #100
                                              Worcester, MA 01609
                                              Tel: 508-754-1041
                                              Fax: 508-739-4051
                                              JSteven@attorneyfoley.com

<u>/s/ Margarita G. Smirnova</u>

Margarita G. Smirnova
BBO 680429
Attorney at Law
40 Greenbrook Drive
Stoughton MA 02072
Tel: 617-875-8663
margarita.smirnova@gmail.com
Application for Admission *Pro Hac Vice*
Pending