# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PHUONG NGO, ET AL.** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:14–CV–13670–RGS** |
| **WILLIAM B. EVANS** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   William B. Evans
   Boston Commissioner of Police
   1 Schroeder Place
   Boston, Massachusetts

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:


   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


**ROBERT M. FARRELL**
*CLERK OF COURT*

 /s/ – Jay Johnson
*Signature of Clerk or Deputy Clerk*


**ISSUED ON 2014–09–23 11:33:00.0**, Clerk USDC DMA

Case 1:14−CV−13670−RGS    Document 9    Filed 09/23/14    Page 2 of 2

Civil Action No. 1:14−CV−13670−RGS

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William B. Evans, Boston Commissioner of Police
was received by me on *(date)* 09/22/2014.

○ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

○ I left the summons at the individuals residence or usual place of abode with *(name)* Richard D'Alessandro, Sr., a person of suitable age and discretion who resides there, on *(date)* April 1, 2014, and mailed a copy to the individuals last known address; or

● I served the summons on Narteeth Mitchell, who is designated by law to accept service of process on behalf of William B. Evans, Boston Commissioner of Police on September 23, 2014; or
Said service was made at 1 Schroeder Place, in said Boston, Suffolk County, Massachusetts.

○ I returned the summons unexecuted because: _____ ; or

○ Other *(specify)*:

My fees are $32.50        for travel and $26.00        for services, for a total of $68.50

I declare under penalty of perjury that this information is true

Date: September 23, 2014

*Server's Signature*

Russell Castagna, Constable

*Printed name and title*

Post Office Box 760821, Melrose, MA 02176

*Server's Address*

Additional information regarding attempted service, etc:

None