UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

CIVIL ACTION NO. 1:14-CV-13670-RGS

PHUONG NGO, et al.
        Plaintiffs

v.

WILLIAM B. EVANS, in his official capacity as Police Commissioner,
        Defendant

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE REFERENCED COURT:**

    Please enter the appearance of Nicole I. Taub as attorney for the Defendant, William B. Evans, in his official capacity as Police Commissioner, in the above-captioned case.

    Respectfully submitted,
Eugene O'Flaherty
Corporation Counsel,

DEFENDANT,
WILLIAM B. EVANS,
as Police Commissioner,
By his attorney,

/s/ Nicole I. Taub
Nicole I. Taub, BBO #663517
Senior Special Assistant
Corporation Counsel
Boston Police Department
Office of the Legal Advisor
Boston, MA 02120
(617) 343-4550
Nicole.Taub@pd.boston.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on October 14, 2014, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                             /s/ Nicole I. Taub
                                             Nicole I. Taub