# UNITED STATES DISTRICT COURT
# FOR THE COMMONWEALTH OF MASSACHUSETTS

**CIVIL ACTION NO. 1:14-CV-13670-RGS**

PHUONG NGO, et al.
        Plaintiffs

v.

WILLIAM B. EVANS, in his official capacity as Police Commissioner,
        Defendant

## DEFENDANT, BOSTON POLICE COMMISSIONER WILLIAM B. EVANS', MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Now comes the Defendant, William B. Evans, in his official capacity as Police Commissioner, and moves that the above captioned action be dismissed with prejudice for the reason that all of the issues involved in this action have become moot and there is no justiciable case or controversy on which this Court can act.

This motion is based on the attached memorandum of points and authorities and on the attached affidavit of Lieutenant Detective John McDonough, sworn to on October 10, 2014.

Respectfully submitted,
Eugene O'Flaherty
Corporation Counsel,

DEFENDANT,
WILLIAM B. EVANS,
as Police Commissioner,
By his attorney,

/s/ Nicole I. Taub
Nicole I. Taub, BBO #663517
Senior Special Assistant
Corporation Counsel
Boston Police Department
Office of the Legal Advisor
Boston, MA 02120
(617) 343-4550
Nicole.Taub@pd.boston.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2014, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Nicole I. Taub
Nicole I. Taub