# Exhibit 1

## UNITED STATES DISTRICT COURT
## FOR THE COMMONWEALTH OF MASSACHUSETTS

### CIVIL ACTION NO. 1:14-CV-13670-RGS

PHUONG NGO, et al.
                        **Plaintiffs**


                        v.


**WILLIAM B. EVANS, in his official capacity as
Police Commissioner,**
                        **Defendant**

AFFIDAVIT OF LIEUTENANT DETECTIVE JOHN D. MCDONOUGH

I, John D. McDonough, do hereby depose and state as follows:

1. I have been employed by the Boston Police Department since 1983 and presently
   hold the rank of Lieutenant Detective.

2. I have been the Commander of the Boston Police Department Licensing Unit since
   April 2012. In that capacity I serve as the Police Commissioner's designee with
   respect to the issuance of licenses to carry firearms in the City of Boston.   The
   Licensing Unit is staffed by three (3) patrol officers and two (2) civilians and is
   located at Boston Police Department Headquarters.

3. When the Licensing Unit receives an application for a license to carry (LTC)
   firearms, I oversee the background investigation into the applicant. Along with the
   LTC application, the applicant is required to submit documentation, including but
   not limited to, documentation to establish residency and citizenship. Additional
   documentation is required if the applicant is seeking an unrestricted LTC.

4. In addition to the information provided by the applicant, a representative from the
   Licensing Unit submits a request to the Firearms Records Bureau of the Department
   of Criminal Justice Information Services to ascertain whether the applicant has
   any convictions or adjudications on his/her record, confinement for mental health,
   drug addiction or habitual drunkenness that would render the individual statutorily
   disqualified from possessing a license to carry firearms pursuant to G.L. c. 140 §131.

5. LTC applications are typically processed by appointment only. Walk-in appointments
   are processed on an emergency basis.

6. Since taking command of the Licensing Unit, I have instructed my staff to notify me of any license to carry firearm issues that are out of the norm. I speak to applicants on a daily basis about any licensing issue(s) they encounter. I have no recollection of speaking to Phuong Ngo or his representative about any issue with the application process.

7. I had no knowledge of Phuong Ngo's attempt to submit a LTC application in July 2014 and did not have an opportunity to review his documentation to establish citizenship. The first time I became aware of his situation was on September 25, 2014, when I received a copy of Mr. Ngo's Complaint in this action.

8. After learning of the lawsuit, I reviewed the documentation checklist and, on September 26, 2014, added United States Passport and Certificate of Citizenship to the list of acceptable documents to establish citizenship. On the same date, I also instructed my staff to accept these additional documents when reviewing a LTC application. These changes went into effect less than twenty-four (24) hours after learning of Mr. Ngo's complaint.

9. On October 7, 2014, Phuong Ngo reported to the Licensing Unit and submitted his LTC application without incident. The Licensing Unit is currently processing his application in the normal course of business.


SIGNED THIS _10th_ DAY OF OCTOBER 2014, UNDER THE PENALTIES OF PERJURY.

_____
Lieutenant Detective John D. McDonough