# Exhibit 2



# License to Carry Firearms / Firearm Identification Card

## Document Check List

> You are required to obtain and submit the following requested documents with your application.
>
> Applications will not be processed without required documentation.
>
> Applications are processed by **APPOINTMENT ONLY**. Applicants cannot be processed by mail.

- **Proof of United States Citizenship/ Permanent Residency**

    ☐ U S Birth Certificate

    ☐ Naturalization Documentation

    ☐ Permanent Resident Card

    ☐ Certificate of Citizenship

    ☐ Foreign Birth Certificate

    ☐ Valid US Passport

☐ Valid Massachusetts License or Massachusetts Identification Card / **Proof of Boston Residency**

☐ Copy of your old LTC or FID if renewing

☐ Safety Certificate (*MSP LTC -001 through LTC-012 as required by MGL Ch 140 § 129B, 131, 131F and 131*)

☐ Sponsorship letter from Employer
    (Conditional with Employment permits for Special Officers, Security etc...)

☐ Letter from your Bank ( letter needs to state that you make frequent <u>cash deposits)</u>
    *Copy of a bank statement showing several cash deposits within last couple of months.*

☐ Letter of Membership and Good Standing from Board of Bar Overseers

☐ Copy of Current Business Certificate or Corporation Documents

☐ $100.00 Non-Refundable Application Fee / Only Cash or Money Order accepted
   (*No Personal Checks or Credit Cards Accepted- No fee if 70 years of age or older and <u>Renewing</u>*)

☐ $25.00 Non-Refundable Application Fee for FID (Mace) 18 years or younger / Only Cash or Money Order accepted . (*No Personal Checks or Credit Cards Accepted- No fee if 70 years of age or older and <u>Renewing</u>*)

**If you have any questions concerning the application process, please contact the Licensing Unit at (617) 343-4425 and speak with your interviewing officer.**

---

**Your appointment is scheduled for** _____ **BPD Officer**_____

*10 / 2014*