UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHUONG NGO
Plaintiff

V.

WILLIAM B. EVANS
Defendant

CIVIL ACTION

NO. 14cv13670-RGS

## ORDER OF DISMISSAL

STEARNS, D.J.,

In accordance with the Court's allowance of the defendant's motion to dismiss on 11/7/14, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

11/7/14

Date

/s/ Elaine Flaherty

Deputy Clerk